IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY PITTS**, : | |
| Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 06-5354 |
| **JAMES WYDNER, ET AL.**, : | |
| Respondents. : | |

## ORDER

**AND NOW**, this 27th day of September 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. 13), and no objections having been filed thereto by Petitioner Anthony Pitts, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation (Doc. 13) is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. 1) is **DENIED AND DISMISSED AS TIME-BARRED** under 28 U.S.C. § 2244(d)(1);

3. A certificate of appealability will **NOT ISSUE**; and

4. The Clerk of the Court shall mark this case as **CLOSED.**

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Honorable Petrese B. Tucker, U.S.D.J.**